UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.   CASE NO. 3:13cr3-001/MCR

**MATTHEW SMITH,**

    **Defendant**

    _____/

## COURT VERDICT

THE COURT having heard the testimony in this case on February 23, 2015, and having determined that the evidence constitutes proof beyond a reasonable doubt, hereby finds the DEFENDANT, MATTHEW SMITH:

GUILTY of the offenses as charged in Counts One and Two of the Indictment.

**DONE and ORDERED** at Pensacola, Florida, this 25th day of February, 2015.

          _s/ M. Casey Rodgers_
          **M. CASEY RODGERS**
          **CHIEF UNITED STATES DISTRICT JUDGE**